AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

1353756

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 02-00040HG 03 |
| DOUGLAS CHRISTIAN | |
| (Name and Address of Defendant) | SEALED BY ORDER OF THE COURT |

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST DOUGLAS CHRISTIAN and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

Order To Show Cause Why Supervision Should Not Be Revoked

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

at 8 o'clock and 52 min. AM
SUE BEITIA, CLERK

2007 JUL 19 AM 10:41 RECEIVED U.S. MARSHALS SERVICE HONOLULU, HI

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *(signature)* | July 12, 2007 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL       By: Helen Gillmor, Chief United States District Judge

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____.

| Date Received 071907 | NAME AND TITLE OF ARRESTING OFFICER Steven E. Sukoff Officer | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 071907 | | |