# MINUTES

CASE NUMBER:       CR NO. 02-00040HG

CASE NAME:         United States of America Vs. (03) Douglas Christian

ATTYS FOR PLA:     Beverly Wee Sameshima and Derek M. Kim-Probation Officer

ATTYS FOR DEFT:    (03) Arthur E. Ross

INTERPRETER:

JUDGE:    Helen Gillmor            REPORTER:    Steve Platt

DATE:     07/26/2007               TIME: 3:46pm-4:08pm

COURT ACTION:   EP: Order to Show Cause Why Supervised Release should not be Revoked as to Defendant (03) Douglas Christian-Defendant present in Custody.

Defendant admits to alleged Violations of Supervised Release No.'s 1, 2, 3 & 4 as stated in the Request for Course of Action filed on July 12, 2007.

Court hereby finds that the Defendant did violate conditions of Supervised Release and Supervised Release is hereby Revoked.

Sentence as to Counts 1 through 4-

Imprisonment-11 Months as to each of Counts 1 through 4, to be served concurrently.

Mittimus Forthwith.

Court Recommendation: 1. Prison Facility-FDC-Honolulu, Hawaii
                      2. Drug Treatment
                      3. Alcohol Treatment

Supervised Release-109 Months as to each of Counts 1 through 4, to be served concurrently.

Special Conditions of Supervised Release-

1.    That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

5. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office.

7. That the defendant participate in a mental health program at the discretion and direction of the Probation Office.

8. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. That the defendant shall reside in approved clean and sober residence at the discretion and direction of the Probation Office.

10. That the defendant submit to alcohol testing at the discretion and direction of the Probation Office. The defendant may not consume alcohol. If found with alcohol the defendant shall be brought before the Court.

11. That the defendant is prohibited from possessing any alcohol in his residence and on his property. The defendant shall warn any other resident and/or guest that alcohol on the remises is prohibited pursuant to this condition.

12. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Defendant advised of his right to Appeal.

Submitted by Leslie L. Sai, Courtroom Manager