CRAIG A. DE COSTA 6788-0
PROSECUTING ATTORNEY
LILA BARBARA KANAE 2857-0
DEPUTY PROSECUTING ATTORNEY
COUNTY OF KAUAI, STATE OF HAWAI'I
3990 KAANA STREET, SUITE 210
LIHUE, HAWAI'I  96766
TELEPHONE: (808) 241-1888

ATTORNEYS FOR THE STATE OF HAWAI'I

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff<br><br>vs.<br><br>DOUGLAS CHRISTIAN,<br><br>       Defendant. | ) CR. NO. 02-00040 HG-03<br>)<br>) APPLICATION AND ORDER REGARDING<br>) TEMPORARY TRANSFER OF CUSTODY<br>) TO THE STATE OF HAWAII<br>) REGARDING WRIT OF HABEAS CORPUS<br>) AD PROSEQUENDUM; EXHIBITS "A"<br>) AND "B"; AND ORDER<br>) |

APPLICATION AND ORDER REGARDING TEMPORARY TRANSFER OF CUSTODY TO
THE STATE OF HAWAI'I
REGARDING WRIT OF HABEAS CORPUS AD PROSEQUENDUM

LILA BARBARA KANAE, Deputy prosecuting Attorney for the County of Kaua'i and the State of Hawai'i, hereby moves the Honorable Court for an Order authorizing the temporary transfer of custody of DOUGLAS CHRISTIAN, from the United States Marshal Service, District of Hawai'i, to State of Hawai'i Officials on October 15, 2007.

Defendant DOUGLAS CHRISTIAN is now detained in the custody of the United States Marshal Service, District of Hawai'i, serving time for 11 months.

ORDER GRANTING TEMPORARY TRANSFER
OF CUSTODY TO THE STATE OF HAWAII
<u>REGARDING WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>

Upon reading and filing of the foregoing Application for Temporary Custody to the State of Hawai'i regarding Writ of Habeas Corpus Ad Prosequendum, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States Marchall Service, District of Hawai'i, temporarily transfer the physical custody of Defendant DOUGLAS CHRISTIAN, to State of Hawai'i Officals on October 15, 2007, for a arraignment and pleas hearing under Cr. No. 5DTA-07-00224, to be held before the District Court of the Fifth Circuit on October 15, 2007, at 2:00 p.m., and at the conclusion of said proceedings to return said Defendant forthwith back to the United States Marshal Service, District of Hawai'i.

DATED: Lihue, Kauai, Hawaii, __OCT 1 1 2007__ .


_____
UNITED STATES MAGISTRATE JUDGE


United States of America v. DOUGLAS CHRISTIAN
Cr. No. 02-00040
Application and Order Regarding
Temporary Transfer of Custody
To the State of Hawai'i Re: Writ
Of Habeas Corpus Ad Prosequendum