


# OFFICE OF THE PROSECUTING ATTORNEY
COUNTY OF KAUAI, STATE OF HAWAII
3990 KAANA STREET, SUITE 210
LIHUE, HAWAII 96766

**Craig A. De Costa**
Prosecuting Attorney

TELEPHONE (808) 241-1888
FAX (808) 241-1758
EMAIL prosecutor@kauai.gov

**Jennifer S. Winn**
First Deputy

September 6, 2007

Beverly Sameshima, Esq.
U.S. Attorney's Office
Prince Kūhiʻō Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, HI 96813

Dear Ms. Sameshima:

Re: State vs. Douglas Christian; Our Cr. No. 5DTA-07-00224
Your Federal Register No. 02-01040HG

I understand the above-named individual is currently in the custody of the Federal government. The State of Hawaiʻi has pending case involving the same individual in the Fifth Circuit and would like your approval to take custody of this person on Monday, October 15, 2007. The State of Hawaiʻi will retain custody of the Defendant until final disposition of the above-mentioned case. Defendant will be returned to the custody of the U.S. Marshall on a mutually agreed upon date.

Please sign below if you agree to this request and fax a copy of this letter to me at (808) 241-1758. Our office will then file upon receipt of the fax a writ of habeas corpus ad prosequendum.

Sincerely,

Lila Barbara Kanae
Deputy Prosecuting Attorney

APPROVED:

Beverly Sameshima
Assistant U.S. District Attorney

CDC/pash
By fax (808-541-2958)

Exhibit "A"