COPY

CRAIG A. DE COSTA 6788-0
PROSECUTING ATTORNEY
LILA BARBARA KANAE 2857-0
DEPUTY PROSECUTING ATTORNEY
COUNTY OF KAUAI, STATE OF HAWAI'I
3990 KAANA STREET, SUITE 210
LIHUE, HAWAI'I 96766
TELEPHONE: (808) 241-1888

ATTORNEYS FOR THE STATE OF HAWAI'I

DIST...
E... ...CUIT
STATE O... ...WAII
FILES

2007 SEP 24 AM 9:58

BARBARA J. VALLEJOS
CLERK

### IN THE DISTRICT COURT OF THE FIFTH CIRCUIT

STATE OF HAWAI'I

| | |
|---|---|
| STATE OF HAWAI'I, | ) CR. NO. 5DTA-07-00224 |
| | ) |
| vs. | ) APPLICATION FOR WRIT OF HABEAS |
| | ) CORPUS AD PROSEQUENDUM; ORDER |
| | ) DIRECTING ISSUANCE OF WRIT OF |
| DOUGLAS CHRISTIAN, | ) HABEAS CORPUS AD PROSEQUENDUM; |
| | ) WRIT OF HABEAS AD PROSEQUENDUM |
| Defendant. | ) |
| | ) |

APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE TRUDY S. SENDA, JUDGE OF THE ABOVE-
ENTITLED COURT:

Comes now the STATE OF Hawaii, by LILA BARBARA KANE,

Deputy Prosecuting Attorney of the County of Kauai, State

of Hawai'i, and respectfully alleges as follows:

1. That DOUGLAS CHRISTIAN has a case in the

District Court of the Fifth Circuit, Lihue, Hawai'i,

Cr.No.5DTA-07-00224;

I do hereby certify that the within
documents are full, true and correct
copies of the original(s) on file in this
office.

Barbara E Vallejos

Clerk

EXHIBIT "B"

2. That Defendant has a continued arraignment and plea in Cr. No. 5DTA-07-00224 scheduled on Monday, October 15, 2007, at 2:00 p.m. in the District Court of the Fifth Circuit, Courtroom 2;

3. That said Defendant is now imprisoned as a federal prisoner and is detained at the Federal Detention Center, Honolulu, Hawai'i; and

WHEREFORE, Applicant prays that the clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshall Service for the District of Hawai'i forthwith to make available to State officials on Monday, October 15, 2007, the body of DOUGLAS CHRISTIAN, for the purpose of an arraignment and plea hearing; and

STATE OF HAWAI'I OFFICIALS, upon taking custody of said Defendant to:

1. bring the said DOUGLAS CHRISTIANS before the Presiding Judge of the District Court of the Fifth Circuit on Monday, October 15, 2007, at 2:00 p.m. and at any time or times deemed necessary in the further proceedings of Criminal No. 5DTA-07-00224;

2. Upon completion of the hearing, transport the said DOUGLAS CHRISTIAN to the Kaua'i County Police Department,

2. return DOUGLAS CHRISTIAN to the Federal

Detention Center, Honolulu, Hawai'i, into the custody of

the United States Marshall on a mutually agreed upon date.

DATED:  Lihue, Kauai, Hawaii, _September 20, 2007._

_____
Lila Barbara Kanae
Deputy Prosecuting Attorney

## ORDER DIRECTING ISSUANCE OF
## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED

that the Clerk of this Court be and hereby is instructed to

issue the Writ of Habeas Corpus Ad Prosequendum prayed for

in the foregoing application.

DATED:  Lihue, Kauai, Hawaii,  _SEP 2 4 2007_____.

(SEAL)

_____
TRUDY S. SENDA
Judge of the above-entitled court

**IN THE DISTRICT COURT OF THE FIFTH CIRCUIT**

STATE OF HAWAII

| | |
|---|---|
| STATE OF HAWAI'I, | ) CR. NO. 5DTA-07-00224 |
| | ) |
| | ) WRIT OF HABEAS CORPUS AD |
| vs. | ) PROSEQUENDUM |
| | ) |
| DOUGLAS CHRISTIAN, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  The Judge of the District Court of the Fifth Circuit,
     State of Hawai'i:  UNITED STATES MARSHAL, District of
     Hawaii, or His Deputy WARDEN, Federal Detention
     Center, Honolulu, Hawai'i, or His Deputy

GREETINGS:

We command that you, UNITED STATES MARSHALL for
the District of Hawai'i , or your Deputy, produce the body
of DOUGLAS CHRISTIAN, who is being detained as a federal
prisoner under your custody, of sadid Defendant, to:

1. bring the said Defendant before the Presiding
Judge of the District Court of the Fifth Circuit on Monday,
October 15, 2007, at 2:00 p.m., or at any time or times
deemed necessary in the further proceedings of Criminal No.
5DTA-07-00224;

2. retain custody of the Defendant and he shall

be confined with the Department of Public Safety, State of Hawai'i , until the final disposition of the said case; and thereafter

    3. Return the said DOUGLAS CHRISTIAN to the custody of the United States Marshall, on a mutually agreed upon date, at which time this writ shall be deemed dissolved.

    WITNESS the Honorable Judge Trudy S. Senda, Judge of the District Court of the Fifth Circuit at Lihue, Kauai, and seal of said Court this _____24th_____ day of September, 2007.

DATED: Lihue, Kauai, Hawaii, ___SEP 2 4 2007_____.


(SEAL) _Barbara J. Williams_____

          Clerk, District Court, Fifth Circuit
              State of Hawaii


(SEAL) _Trudy S. Senda_____
TRUDY S. SENDA
Judge of the District Court
Fifth Circuit, State of Hawai'i