KSC



# OFFICE OF THE PROSECUTING ATTORNEY
COUNTY OF KAUAI, STATE OF HAWAII
3990 KAANA STREET, SUITE 210
LIHUE, HAWAII 96766

TELEPHONE (808) 241-1888
FAX (808) 241-1758
EMAIL prosecutor@kauai.gov

**Craig A. De Costa**
Prosecuting Attorney



**Jennifer S. Winn**
First Deputy

October 4, 2007

RECEIVED
CLERK U.S. DISTRICT COURT

OCT 10 2007

12:30 pm
DISTRICT OF HAWAII

Clerk, U.S. District Court
300 Ala Moana Blvd., Rm. C-338
Honolulu, HI 96850-0338

Dear Sir:

Re:  United States of America vs. Douglas Christian
     Cr. No. 02-00040 HG-03

   Attached is the original and three copies of an Application and Order regarding Temporary Transfer of Custody to the State of Hawai'i Regarding Writ of Habeas Corpus Ad Prosequendum for Defendant Douglas Christian. Please have the Order signed and filed, and request one copy to be to be certified. Please return all filed documents to our office in the enclosed self-addressed, stamped envelope.

   We are also requesting that the certification fee for the one filed-stamped copy be waived. The certified document is needed for the U.S. Marshal Service.

   If you have any questions, please feel free to contact me at (808) 241-1734. Thank you for your attention to this matter.

                        Very truly yours,

                        Lila Barbara Kanae
                        Deputy Prosecuting Attorney

LK/pash
Enclosures

cc: Beverly Sameshima, Assistant U.S. District Attorney
    U. S. Marshal