ORIGINAL

CRAIG A. DE COSTA 6788-0
PROSECUTING ATTORNEY
COUNTY OF KAUAI, STATE OF HAWAI'I
3990 KAANA STREET, SUITE 210
LIHUE, HAWAI'I 96766
TELEPHONE: (808) 241-1888

ATTORNEYS FOR THE STATE OF HAWAI'I

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 20 2007

at 3 o'clock and __ min __ M
SUE BEITIA, CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>DOUGLAS CHRISTIAN,<br><br>         Defendant. | ) CR. NO. 02-00040HG-03<br>)<br>) APPLICATION AND ORDER REGARDING<br>) TEMPORARY TRANSFER OF CUSTODY<br>) TO THE STATE OF HAWAII<br>) REGARDING WRIT OF HABEAS CORPUS<br>) AD PROSEQUENDUM; EXHIBITS "A"<br>) AND "B"; AND ORDER<br>) |

APPLICATION AND ORDER REGARDING TEMPORARY TRANSFER OF CUSTODY TO
THE STATE OF HAWAI'I
REGARDING WRIT OF HABEAS CORPUS AD PROSEQUENDUM

    CRAIG A. DE COSTA, Prosecuting Attorney for the County of Kaua'i and the State of Hawai'i, hereby moves the Honorable Court for an Order authorizing the temporary transfer of custody of DOUGLAS CHRISTIAN, from the Federal Detention Center, Honolulu, Hawai'i, to State of Hawai'i Officials on December 10, 2007.

    Defendant DOUGLAS CHRISTIAN is now detained in the custody of the Federal Detention Center, Honolulu, Hawai'i, serving time for 11 months.

LODGED

NOV 19 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

Defendant DOUGLAS CHRISTIAN has an arraignment and plea before the Honorable Judge Trudy S. Senda, Judge of the District Court of the Fifth Circuit, Lihue, Hawai'i, currently scheduled for December 10, 2007, 2:00 p.m. under Cr. No. 5DTA-07-00224;

The State of Hawai'i has received approval for a temporary transfer custody from the Assistant United States Attorney handling the above matter. (See Exhibit "A").

This application requests that the Court grant a temporary transfer of custody from the Federal Detention Center, Honolulu, Hawai'i, to State of Hawai'i Officials, based on the State of Hawai'i's Petition for Writ of Habeas Corpus Ad Prosequendum filed on November 09, 2007, filed under Cr. No. 5DTA-07-00224, in the District Court of the Fifth Circuit Court, State of Hawai'i. (See Exhibit "B")

Upon completion of said hearing, Defendant DOUGLAS CHRISTIAN will be returned to the Federal Detention Center, Honolulu, Hawai'i, that same day or as soon as possible thereafter.

DATED: Lihue, Kauai, Hawaii, NOV 15 2007.

CRAIG A. DE COSTA
PROSECUTING ATTORNEY

ORDER GRANTING TEMPORARY TRANSFER
OF CUSTODY TO THE STATE OF HAWAII
REGARDING WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon reading and filing of the foregoing Application for Temporary Custody to the State of Hawai'i regarding Writ of Habeas Corpus Ad Prosequendum, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Federal Detention Center, Honolulu, Hawaii, temporarily transfer the physical custody of Defendant DOUGLAS CHRISTIAN, to State of Hawai'i Officals on December 10, 2007, for a arraignment and pleas hearing under Cr. No. 5DTA-07-00224, to be held before the District Court of the Fifth Circuit on December 10, 2007, at 2:00 p.m., and at the conclusion of said proceedings to return said Defendant forthwith back to the Federal Detention Center, Honolulu, Hawaii.

DATED: Lihue, Kauai, Hawaii, 11·20·2007.

_____
UNITED STATES MAGISTRATE JUDGE

United States of America v. DOUGLAS CHRISTIAN
Cr. No. 02-00040HG-03
Application and Order Regarding
Temporary Transfer of Custody
To the State of Hawai'i Re: Writ
Of Habeas Corpus Ad Prosequendum