


**OFFICE OF THE PROSECUTING ATTORNEY**
COUNTY OF KAUAI, STATE OF HAWAII
3990 KAANA STREET, SUITE 210
LIHUE, HAWAII 96766

**Craig A. De Costa**
Prosecuting Attorney

TELEPHONE (808) 241-1888
FAX (808) 241-1758
EMAIL prosecutor@kauai.gov

**Jennifer S. Winn**
First Deputy

November 7, 2007

Beverly Sameshima, Esq.
U.S. Attorney's Office
Prince Kūhiō Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, HI 96813

Dear Ms. Sameshima:

    Re: State vs. Douglas Christian; Our Cr. No. 5DTA-07-00224
        Your Federal Register No. 02-01040HG

    I understand the above-named individual is currently in the custody of the Federal government. The State of Hawai'i has pending case involving the same individual in the Fifth Circuit and would like your approval to take custody of this person on Monday, December 10, 2007. The State of Hawai'i will retain custody of the Defendant for arraignment and plea on December 10, 2007, 2:00 p.m. for the above-mentioned case. Defendant will be returned to the custody of the Administrator of the Federal Detention Center on a mutually agreed upon date.

    Please sign below if you agree to this request and fax a copy of this letter to me at (808) 241-1758. Our office will then file upon receipt of the fax a writ of habeas corpus ad prosequendum.

Sincerely,

Craig A. De Costa
Prosecuting Attorney

APPROVED:

Beverly Sameshima
Assistant U.S. District Attorney

CDC/pash
By fax (808-541-2958)

EXHIBIT "A"