COPY                                    FILED

CRAIG A. DE COSTA 6788-0
PROSECUTING ATTORNEY
COUNTY OF KAUAI, STATE OF HAWAI'I          2007 NOV -9 PM 3: 44
3990 KAANA STREET, SUITE 210
LIHUE, HAWAI'I 96766                       DISTRICT COURT
TELEPHONE: (808) 241-1888                  5TH CIRCUIT
                                           STATE OF HAWAII
                                           CLERK

ATTORNEYS FOR THE STATE OF HAWAI'I

## IN THE DISTRICT COURT OF THE FIFTH CIRCUIT

STATE OF HAWAI'I

| | |
|---|---|
| STATE OF HAWAI'I, | ) CR. NO. 5DTA-07-00224 |
|    vs. | ) APPLICATION FOR WRIT OF HABEAS<br>) CORPUS AD PROSEQUENDUM; ORDER<br>) DIRECTING ISSUANCE OF WRIT OF |
| DOUGLAS CHRISTIAN, | ) HABEAS CORPUS AD PROSEQUENDUM;<br>) WRIT OF HABEAS AD PROSEQUENDUM |
|    Defendant. | ) |

APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE TRUDY S. SENDA, JUDGE OF THE ABOVE-ENTITLED COURT:

Comes now the STATE OF Hawaii, by CRAIG A. DE COSTA, Prosecuting Attorney of the County of Kauai, State of Hawai'i, and respectfully alleges as follows:

1. That DOUGLAS CHRISTIAN has a case in the District Court of the Fifth Circuit, Lihue, Hawai'i, Cr.No.5DTA-07-00224;

I do hereby certify that the within documents are full, true and correct copies of the original(s) on file in this office.
_____
Clerk

EXHIBIT "B"

2. That Defendant has a continued arraignment and plea in Cr. No. 5DTA-07-00224 scheduled on Monday, December 10, 2007, at 2:00 p.m. in the District Court of the Fifth Circuit, Courtroom 2;

3. That said Defendant is now imprisoned as a federal prisoner and is detained at the Federal Detention Center, Honolulu, Hawai'i; and

4. That in order to procure Defendant's presence in the District Court of the Fifth Circuit, it is necessary that a Writ of Habeas Corpus Ad Prosequendum be issued, pursuant to Chapter 660, Hawai'i Revised Statutes.

WHEREFORE, Applicant prays that the clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the Warden of the Federal Detention Center, or his/her Deputy to make available to State of Hawai'i Officials, Sheriffs, Department of Public Safety on December 10, 2007, the body of DOUGLAS CHRISTIAN, and

STATE OF HAWAI'I OFFICIALS, Sheriffs, Department of Public Safety, upon taking custody of said Defendant to:

1. bring the said DOUGLAS CHRISTIANS before the Presiding Judge of the District Court of the Fifth Circuit on Monday, December 10, 2007, at 2:00 p.m. and at any time or times deemed necessary in the further proceedings of Criminal No. 5DTA-07-00224; and

    2. return DOUGLAS CHRISTIAN to the Federal Detention Center, Honolulu, Hawai'i, into the custody of the its Warden on a mutually agreed upon date.

    DATED: Lihue, Kauai, Hawaii, _____11/8/07_____.

_____
CRAIG A. DE COSTA
Prosecuting Attorney

ORDER DIRECTING ISSUANCE OF
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the Clerk of this Court be and hereby is instructed to issue the Writ of Habeas Corpus Ad Prosequendum prayed for in the foregoing application.

DATED: Lihue, Kauai, Hawaii,    NOV 0 8 2007

_____
TRUDY S. SENDA
Judge of the above-entitled court

**IN THE DISTRICT COURT OF THE FIFTH CIRCUIT**

STATE OF HAWAII

| | |
|---|---|
| STATE OF HAWAI'I, | ) CR. NO. 5DTA-07-00224 |
| vs. | ) WRIT OF HABEAS CORPUS AD ) PROSEQUENDUM |
| DOUGLAS CHRISTIAN, | ) |
| Defendant. | ) |

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: The Judge of the District Court of the Fifth Circuit, State of Hawai'i:

GREETINGS:

We Command that you, WARDEN, Federal Detention Center, Or your designee, produce the Body of DOUGLAS CHRISTIAN who is being detained as a federal prisoner under your custody, of said Defendant, to:

GREETINGS:

    1. bring the said Defendant before the Presiding Judge of the District Court of the Fifth Circuit on Monday, December 10, 2007, at 2:00 p.m., or at any time or times deemed necessary in the further proceedings of Criminal No. 5DTA-07-00224;

    2. retain custody of the Defendant and he shall be

confined with the Sheriffs, Department of Public Safety, State of Hawai'i , until the final disposition of the said case; and thereafter

3. Return the said DOUGLAS CHRISTIAN to the custody of the Sheriffs, Department of Public Safety on a mutually agreed upon date, at which time this writ shall be deemed dissolved.

WITNESS the Honorable Judge Trudy S. Senda, Judge of the District Court of the Fifth Circuit at Lihue, Kauai, and seal of said Court this ___13___ day of November, 2007.

DATED: Lihue, Kauai, Hawaii, ___11-13-07___.

_____
Clerk, District Court, Fifth Circuit
State of Hawaii


_____
TRUDY S. SENDA
Judge of the District Court
Fifth Circuit, State of Hawai'i