

**Craig A. De Costa**
Prosecuting Attorney

**OFFICE OF THE PROSECUTING ATTORNEY**
COUNTY OF KAUAI, STATE OF HAWAII
3990 KAANA STREET, SUITE 210
LIHUE, HAWAII 96766

TELEPHONE (808) 241-1888
FAX (808) 241-1758
EMAIL prosecutor@kauai.gov

**Jennifer S. Winn**
First Deputy

November 14, 2007

Clerk, U.S. District Court
300 Ala Moana Blvd., Rm. C-338
Honolulu, HI 96850-0338

Dear Sir:

Re:   United States of America vs. Douglas Christian
      Cr. No. 02-00040HG-03

    Attached is the original and three copies of an Application and Order regarding Temporary Transfer of Custody to the State of Hawai'i regarding Writ of Habeas Corpus Ad Prosequendum for Defendant Douglas Christian. Please have the Order signed and filed, and request one copy to be to be certified. Please return all filed documents to our office in the enclosed self-addressed, stamped envelope.

    We are also requesting that the certification fee for the one filed-stamped copy be waived. The certified document is needed for the Sheriffs Department, State of Hawaii.

    If you have any questions, please feel free to contact me at (808) 241-1728. Thank you for your attention to this matter.

Very truly yours,

Craig A. De Costa
PROSECUTING ATTORNEY

CDC/pash
Enclosures

cc:   Beverly Sameshima, Assistant U.S. District Attorney
      Sheriffs State of Hawai'i
      Federal Detention Center